FILED
 2012 Aug-20  PM 12:41
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| FRENCHON HILL, | ] |
| Petitioner, | ] |
| v. | ]   7:10-cv-1988-JHH-RRA |
| WARDEN GARY HETZEL, et al., | ] |
| Respondents. | ] |

### MEMORANDUM OPINION

This is a habeas corpus petition. The magistrate judge entered a report and recommendation recommending that the respondents' motion for summary judgment be granted and the action dismissed, because it is barred by the statute of limitations. Objections have been filed.

The court has considered the entire file in this action, including the report and recommendation and the petitioner's objections to the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. This habeas petition is due to be dismissed. An appropriate order will be entered.

**DONE** this the ___20th___ day of August, 2012.

_/s/ James H. Hancock_
SENIOR UNITED STATES DISTRICT JUDGE